Argued April 19, reversed and remanded April 20, reconsideration denied
May 26, petition for review denied June 22, 1976

## RICHARD SORIA, *Petitioner,*

*v.*

## OREGON STATE CORRECTIONAL INSTITUTION, *Respondent.*

## (No. PD 233-D, CA 5472)

548 P2d 509

*Robert C. Cannon* argued the cause for petitioner.

*Thomas H. Denney* argued the cause for respondent.

Before Schwab, Chief Judge, and Langtry and Foley, Judges.

PER CURIAM.

Reversed and remanded. *Wolff v. McDonnell,* 418 US 539, 94 S Ct 2963, 41 L Ed 2d 935 (1974); *Hindman v. OSP,* 25 Or App 61, 547 P2d 646 (1976).